IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Lynn Caballero,<br><br>    Plaintiff,<br><br>vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security Administration,<br><br>    Defendant. | No. CIV 21-464-TUC-CKJ (MSA)<br><br>**ORDER** |

On January 19, 2023, Magistrate Judge Maria S. Aguilera issued a Report and Recommendation (Doc. 21) in which she recommended the decision of the Commissioner of Social Security Administration ("Commissioner") be reversed and this matter be remanded back to the agency for a new hearing and decision. Magistrate Judge Aguilera advised the parties that, pursuant to Fed.R.Civ.P. 72(b)(2), any written objections were to be filed and served within 14 days after being served with a copy of the Report and Recommendation. No objections have been filed within the time provided.

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation (Doc. 21) is ADOPTED;

2. The decision of the Commissioner is REVERSED;

3. This matter is REMANDED to the Commissioner for further administrative proceedings consistent with the Report and Recommendation;

4. The Clerk of the Court shall enter judgment in this case and shall then close its file in this matter.

DATED this 9th day of February, 2023.

*Cindy K. Jorgenson*
Cindy K. Jorgenson
United States District Judge